IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:93-CR-00017-11H

UNITED STATES OF AMERICA,          )
                                   )
                                   )
          v.                       )
                                   )          **ORDER**
MICHAEL NELSON ARMSTRONG,          )
                                   )
          Defendant.               )

This matter is before the court on defendant's "Motion to Modify" or Remit Restitution Pursuant to 18 U.S.C. § 3572(d)(3), 18 U.S.C. § 3573(i) and U.S.S.G. § 5E1.2(e) [DE #69]. Defendant moves this court to adjust his fine until he is released from the custody of the Bureau of Prisons (BOP).

Payment of fines during incarceration is governed by the rules of the Inmate Financial Responsibility Program (IFRP), a voluntary program designed to assist inmates in meeting their financial responsibilities. See BOP Program Statement 5380.07, Inmate Financial Responsibility Program.

While participation in the IFRP is voluntary, refusing to participate in the program may result in the denial of certain expressly defined privileges. For example, inmates who refuse to participate in the program are not ordinarily eligible for furloughs, are limited to maintenance pay, are restricted from

placement in UNICOR (the BOP's industries program), are limited in their monthly commissary spending limits, are quartered in the lowest housing unit status, etc.   Id.   The IFRP is administered solely by the BOP.   This court therefore denies defendant's motion.

This 31st day of October 2011.


Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26